**TOWNSHIP OF HOWELL, COMPLAINANT-RESPONDENT, v. ANATOLY SAGORODNY, DEFENDANT-APPELLANT.**

Argued December 16, 1957—Decided January 20, 1958.

*Mr. Alexander Levchuk* argued the cause for the appellant.

*Mr. Bernard H. Weiser* argued the cause for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Clapp in the court below, reported at 46 *N. J. Super.* 182 *(App. Div.* 1957).

*For affirmance*—Chief Justice WEINTRAUB, and Justices HEHER, BURLING, JACOBS, FRANCIS and PROCTOR—6.

*For reversal*—None.